| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:17 CV 1014 |
|---|---|
| Name of Plaintiff(s): CRAVEY <br> VERSUS <br> Name of Defendant(s): UNC-CH | REPORT OF MEDIATOR <br> (For Placement on the CM/ECF Docket) |
| Mediator Name: JONATHAN R. HARKAVY <br> Telephone No: 336-370-4200 <br> E-Mail Address: JHARKAVY@AOL.COM | ☑ This is an Interim Report. A final report is to be filed after resumption of the mediation |

Diana

FILED MAY 7 - 2019 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC By ___

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   ☑ was held on _5/2/19_ (date)
   ☐ was NOT held because ___

2. **Attendance**
   ☑ No objection was made on the grounds that any required attendee was absent
   ☐ Objection was made by ___

3. **Outcome**
   ☐ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☑ Partial settlement of the case (conditional)
   ☑ Recess (i.e., mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: THE PARTIES NEED A STAY OF 6 months to complete work on a prospective settlement endeavor that cannot be dealt with until the beginning of the 2019-2020 Academic year, starting in August/Sept. of this year.

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are → Parties will file joint motion
   (b) The person responsible for filing the document(s) is ___
   (c) The agreed deadline for filing the document(s) is ___

Submission of Report. Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_Jonathan R. Harkavy_     5/5/19
Mediator Signature     Date