IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:17-cv-1014-LCB-LPA

| | |
|---|---|
| ALTHA CRAVEY,                ) | |
|     Plaintiff;       ) | |
|                             ) | |
|     v.               ) | |
|                             ) | |
| UNIVERSITY OF NORTH CAROLINA AT ) | STIPULATION OF DISMISSAL |
| CHAPEL HILL; CAROL L. FOLT, *in her* ) | WITHOUT PREJUDICE |
| *official capacity as Chancellor*; KEVIN ) | |
| GUSKIEWICZ, *individually and in his* ) | |
| *official capacity as Dean of the School* ) | |
| *of Arts & Sciences*; MICHAEL EMCH, ) | |
| *individually and in his official capacity* ) | |
| *as Chair of the Dept. of Geography*; ) | |
|     Defendants.      ) | |

Now come Plaintiff and Defendants and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action without prejudice. The parties have agreed to this dismissal to provide them with adequate time to fully explore possibilities that appear likely to lead to a settlement of this matter. However, it is acknowledged by the parties that if a settlement is not reached, Plaintiff is able to file a motion to re-open this case consistent with the parties' Agreement Regarding Stipulation of Voluntary Dismissal Without Prejudice.

This 11th day of July, 2019.

| Counsel for Defendant: | Counsel for the Plaintiff: |
|---|---|
| JOSHUA H. STEIN<br>Attorney General | EDELSTEIN AND PAYNE |
| *Nora F. Sullivan*<br>Nora F. Sullivan<br>Assistant Attorney General<br>NC State Bar No. 43284<br>nsullivan@ncdoj.gov | *M. Travis Payne*<br>M. Travis Payne<br>NC State Bar No. 8452<br>Elizabeth A. Albiston<br>NC State Bar No. 36585 |
| NC Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>Tel.: 919-716-6920<br>Fax: 919-716-6764 | PO Box 28186<br>Raleigh, NC  27611<br>Tel: 919-828-1456<br>Fax: 919-828-4689<br>Email: eandp@mindspring.com<br>Email: eli@edelsteinpayne.com |