IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:17-cv-1014-LCB-LPA

| | |
|---|---|
| ALTHA CRAVEY,<br>Plaintiff;<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; CAROL L. FOLT, *in her official capacity as Chancellor*; KEVIN GUSKIEWICZ, *individually and in his official capacity as Dean of the School of Arts & Sciences*; MICHAEL EMCH, *individually and in his official capacity as Chair of the Dept. of Geography*;<br>Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE |

Now come Plaintiff and Defendants and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action ***with prejudice***. Each party shall bear their own costs.

Respectfully submitted this 4th day of June, 2020.

Counsel for Defendants:

JOSHUA H. STEIN
Attorney General

*Nora F. Sullivan*
Nora F. Sullivan
Assistant Attorney General
NC State Bar No. 43284
nsullivan@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602
Tel.: 919-716-6920
Fax: 919-716-6764

Counsel for Plaintiff:

EDELSTEIN AND PAYNE

*M. Travis Payne*
M. Travis Payne
NC State Bar No. 8452
Elizabeth A. Albiston
NC State Bar No. 36585

PO Box 28186
Raleigh, NC 27611
Tel: 919-828-1456
Fax: 919-828-4689
Email: eandp@mindspring.com
Email: eli@edelsteinpayne.com